# EXHIBIT B

**SUPERIOR COURT OF THE STATE OF NORTH CAROLINA**
**COUNTY OF GASTON**

| | |
|---|---|
| TERESA HENDERSON, *et al.*, | Case No. 20 CVS 941 |
| Plaintiffs, | **DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL** |
| v. | |
| FREEDOM MORTGAGE CORPORATION, | |
| Defendant. | |

TO PLAINTIFFS' AND THEIR ATTORNEYS OF RECORD.

PLEASE TAKE NOTICE that on June 9, 2020, Defendant Freedom Mortgage Corporation, by its counsel, filed a Notice of Removal, removing this action to the United States District Court for the Western District of North Carolina pursuant to 28 U.S.C. §§1441 and 1446. Pursuant to 28 U.S.C. § 1446(d), a true and accurate copy of the Notice of Removal filed with the United States District Court for the Western District of North Carolina is attached to this Notice as **Exhibit 1**.

Respectfully submitted,

Dated: June 9, 2020

DINSMORE & SHOHL LLP

By: *Kelly C. Eisenlohr-Moul /DAZ*
Kelly E. Eisenlohr-Moul
Attorney Bar Number: 50523
Attorney for Defendant,
Freedom Mortgage Corporation
DINSMORE & SHOHL LLP
1100 Peachtree Street NE, Suite 950
Atlanta, GA 30309
Telephone: (470) 300-5337
E-mail: kelly.eisenlohr-moul@dinsmore.com