IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-323-FDW-DCK

| | |
|---|---|
| DERRICK HENDERSON and TERESA HENDERSON, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) **ORDER** ) |
| FREEDOM MORTGAGE CORPORATION, | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by Kelly Eisenlohr-Moul, concerning David A. Zulandt on June 10, 2020. David A. Zulandt seeks to appear as counsel *pro hac vice* for Defendant, Freedom Mortgage Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. David A. Zulandt is hereby admitted *pro hac vice* to represent Defendant, Freedom Mortgage Corporation.

Signed: June 11, 2020

David C. Keesler
United States Magistrate Judge